UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KWAME OWUSU, | : | |
| Plaintiff, | : | Civil Action No. 06-5744 (PGS) |
| v. | : | |
| CENTRAL PARKING CORP., ET AL., | : | **ORDER** |
| Defendants. | : | |

A Report and Recommendation was filed on December 31, 2008 recommending that this Court grant Defendants' motion for sanctions and dismiss Plaintiff's complaint. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

It is on this __6__ day of __February__, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court.

PETER G. SHERIDAN, U.S.D.J.